STATE v. CHESSON

No. 268P02

Case below: 150 N.C. App. 439

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 19 December 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. CRUZ

No. 582P02

Case below: 153 N.C. App. 524

Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 19 December 2002. Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

STATE v. CUMMINGS

No. 4A95-4

Case below: Brunswick County Superior Court

Motion by defendant to stay decision on petition for writ of certiorari denied 19 December 2002. Petition by defendant for writ of certiorari to review the order of the Superior Court, Brunswick County denied 19 December 2002.

STATE v. DAVENPORT

No. 276A02

Case below: 150 N.C. App. 439

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 19 December 2002.

STATE v. DEXTER

No. 390A02

Case below: 151 N.C. App. 430

Petition by Attorney General for writ of supersedeas dismissed as moot and temporary stay dissolved 19 December 2002.